1

2

3

4  VANDERHOFF LAW GROUP
   Alan Vanderhoff, Cal. Bar No. 138032
5  Jeanne C. Vanderhoff, Cal. Bar No. 138011
   750 B Street, Suite 1620
6  San Diego, California  92101
   Telephone: (619) 299-2050
7
   Attorneys for KBR Group, LLC, KBR Opportunity
8  Fund I, LP, and KBR Opportunity Fund II, LP

9

10

11

12                    UNITED STATES BANKRUPTCY COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | In re: | Case No. 10-02677-PB11 |
|----|--------|------------------------|
| 16 | BRIARWOOD CAPITAL, a California limited liability company, | MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE |
| 17 | Debtor. | Date:      April 21, 2010 |
| 18 | | Time:      10:00 p.m. |
| 19 | | Dept.:     Four |
|    | | Judge:     Hon. Peter W. Bowie |

20

21          KBR Group, LLC, KBR Opportunity Fund I, LP, and KBR Opportunity Fund II, LP

22  hereby move for the appointment of a chapter 11 trustee in the bankruptcy cases of

23  Briarwood Capital, LLC, Case No. 10-02937, Nicolas Marsch, Case No. 10-02939, Colony

24  Properties International, LLC, Case No. 10-02937, and Colony Properties International II,

25  LLC, Case No. 10-03361 (collectively, the "Marsch Bankruptcy Cases").

26          This Motion is based on the Notice of Motion, Memorandum of Points and

27  Authorities, Declaration of Michel Kucinski, and the Declaration of Alan Vanderhoff filed

28  concurrently herewith, all documents and pleadings filed in the Marsch Bankruptcy Cases,

1    and such other arguments and documents as may be presented at or before the hearing on this

2    Motion.

3    March 24, 2010                         VANDERHOFF LAW GROUP

4                                                    /s/ Alan Vanderhoff
                                            By: _____
5                                                    Alan Vanderhoff

6                                            Attorneys for KBR Group, LLC, KBR Opportunity
                                            Fund I, LP, and KBR Opportunity Fund II, LP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28