# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT



In re: BRIARWOOD CAPITAL, INC.

Debtor

NICOLAS MARSCH

Appellant

v.

LESLIE T. GLADSTONE, Trustee; UST-UNITED STATES TRUSTEE, SAN DIEGO; BRIARWOOD CAPITAL, LLC; CITY NATIONAL BANK; DLA PIPER; FRAUD DISCOVERY INSTITUTE, INC.; GERMAN AMERICAN CAPITAL CORPORATION; HCC INVESTORS, LLC; KBR GROUP, INC.; KBF OPPORTUNITY FUND I, LP; KBR OPPORTUNITY FUND II, LP; RICHARD M. KIPPERMAN, Attorney, Trustee; LENNAR CORPORATION; LENNAR HOMES OF CALIFORNIA, INC.; MERCEDES-BENZ FINANCIAL SERVICES USA LLC; BARRY MINKOW; SULLIVAN HILL

Appellees

BAP No. SC-11-1416

Bankr. No. 10-02677-PB11
Chapter 11

**FILED**

OCT 19 2011

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## ORDER OF DISMISSAL

Court records indicate that Appellant filed an unopposed Motion to Dismiss this appeal.

The Motion to Dismiss is GRANTED and the appeal is ORDERED DISMISSED, pursuant to Fed. R. Bankr. P. 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Susan M Spraul, BAP Clerk

By: Vicky Jackson-Walker, Deputy Clerk
Filed and entered: October 19, 2011

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vicky Jackson-Walker, Deputy Clerk
Date: October 19, 2011