MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard S. Van Dyke, Esq. (SBN 196753)<br>Van Dyke & Associates, APLC<br>4660 La Jolla Village Drive, Suite 1070<br>San Diego, CA 92122<br>TELEPHONE NO.: 858-558-8475   FAX NO. (Optional): 858-356-5584<br>E-MAIL ADDRESS (Optional): rsvandyke@vdalaw.com<br>ATTORNEY FOR (Name): Nicolas Marsch, III | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

CASE NAME:
In re: Briarwood Capital, LLC

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>10-02677-PB11 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Nicolas Marsch, III   makes the following substitution:

1. Former legal representative  ☐ Party represented self  ☑ Attorney (name): Richard S. Van Dyke, Esq.
2. New legal representative  ☑ Party is representing self*  ☐ Attorney
   a. Name: Nicolas Marsch, III         b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      P.O. Box 1159, Rancho Santa Fe, CA 92067

   d. Telephone No. (include area code): 858-245-6880
3. The party making this substitution is a  ☐ plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☑ other (specify):
   Creditor/Interested Party

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 10/26/2011
   Nicolas Marsch, III
   (TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 10/26/2011
   Richard S. Van Dyke, Esq.
   (TYPE OR PRINT NAME)                          (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: 10/26/2011
   Nicolas Marsch, III
   (TYPE OR PRINT NAME)                          (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                          Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC–050

| CASE NAME: Inre: Briarwood Capital, LLC | CASE NUMBER: 10-02677-PB11 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 10/31/2011        (2) Place of mailing *(city and state)*: San Diego, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/31/2011

Richard S. Van Dyke, Esq.
(TYPE OR PRINT NAME)                                      (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served:
   b. Address *(number, street, city, and ZIP)*:

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   [✓] List of names and addresses continued in attachment.

**10-02677-PB11** Briarwood Capital, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Chief Judge:** Peter W. Bowie
**Date filed:** 02/23/2010 **Date of last filing:** 10/26/2011

# Attorneys

**Jess R. Bressi**
Luce, Forward, Hamilton & Scripps LLP
2050 Main Street, Suite 600
Irvine, CA 92614
949-732-3700
jbressi@luce.com
*Assigned: 08/26/2010*

representing

City National Bank, a national banking association, in its capacity as an acquirer of certain assets and liabilities of 1st Pacific Bank of California, from the Federal Deposit Insurance Corporation A
*(Creditor)*

**Christopher Celentino**
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101
619-685-4643
619-234-3510 (fax)
ccelentino@foley.com
*Assigned: 04/30/2010*

representing

**Lennar Corporation**
*(Party)*

**R. J. Coughlan, Jr.**
Coughlan, Semmer & Lipman, LLP
501 West Broadway
Suite 400
San Diego, CA 92101
619-232-0800
rcoughlan@csllaw.com
*Assigned: 07/07/2011*

representing

**DLA Piper**
c/o Coughlan, Semmer & Lipman, LLP
501 West Broadway, Suite 400
San Diego, CA 92101
rcoughlan@csllaw.com
*(Interested Party)*

**Jonathan S. Dabbieri**
Sullivan, Hill, Lewin, Rez & Engel, APLC
550 West C Street
Suite 1500
San Diego, CA 92101-3540
(619) 233-4100
619-231-4372 (fax)
dabbieri@sullivanhill.com
*Assigned: 07/13/2010*

representing

**Sullivan Hill**
550 West C Street
Suite 1500
San Diego, CA 92101
619.233.4100
*(Interested Party)*

**Jeffry A. Davis**
Mintz Levin Cohn Ferris Glovsky & Popeo
3580 Carmel Mountain Road

**Briarwood Capital, LLC**

| | | |
|---|---|---|
| Suite 300<br>San Diego, CA 92130<br>858-314-1500<br>858-314-1501 (fax)<br>jadavis@mintz.com<br>*Assigned: 02/23/2010* | representing | P.O. Box 1159<br>Rancho Santa Fe, CA 92067<br>*(Debtor)* |
| **Joseph R. Dunn**<br>Mintz Levin Cohn Ferris Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130-3051<br>(858) 314-1516<br>(858) 314-1501 (fax)<br>jrdunn@mintz.com<br>*Assigned: 03/22/2010* | representing | **Briarwood Capital, LLC**<br>P.O. Box 1159<br>Rancho Santa Fe, CA 92067<br>*(Debtor)* |
| **Martin A. Eliopulos**<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>(619) 236-1551<br>(619) 696-1410 (fax)<br>elio@higgslaw.com<br>*Assigned: 03/30/2010* | representing | **Fraud Discovery Institute, Inc.**<br>Martin A. Eliopulos<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Ste. 2600<br>San Diego, CA 92101<br>619-236-1551<br>619-696-1410 (fax)<br>elio@higgslaw.com<br>*(Interested Party)* |
| | | **Barry Minkow**<br>c/o Martin A. Eliopulos<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Ste. 2600<br>San Diego, CA 92101<br>619-236-1551<br>619-696-1410 (fax)<br>elio@higgslaw.com<br>*(Interested Party)* |
| **Jesse S. Finlayson**<br>Finlayson Williams, et al.<br>15615 Alton Parkway<br>Suite 250<br>Irvine, CA 92618<br>949-759-3810<br>949-759-3812 (fax)<br>jfinlayson@fwtrl.com<br>*Assigned: 12/08/2010* | representing | **Leslie T. Gladstone**<br>401 Via Del Norte<br>La Jolla, CA 92037<br>858-454-9887<br>858-454-9596 (fax)<br>candic@financiallawgroup.biz<br>*(Trustee)* |
| **Cathleen Fitch**<br>Coughlan, Semmer & Lipman, LLP<br>501 W. Broadway, Suite 1400<br>San Diego, CA 92101 | representing | **DLA Piper**<br>c/o Coughlan, Semmer & Lipman, LLP<br>501 West Broadway, Suite 400 |

| | | |
|---|---|---|
| 619-232-0800<br>cfitch@csllaw.com<br>  *Assigned: 06/20/2011* | | San Diego, CA 92101<br>rcoughlan@csllaw.com<br>*(Interested Party)* |
| **Michael J. Gomez**<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-4920<br>323-852-1000<br>323-651-2577 (fax)<br>mgomez@frandzel.com<br>  *Assigned: 07/26/2010* | representing | **German American Capital Corporation**<br>c/o FRANDZEL ROBINS BLOOM & CSATO, LC<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles,, CA 90048-4920<br>*(Creditor)* |
| **Ben H. Logan**<br>O'Melveny & Meyers<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>213-430-7704<br>blogan@omm.com<br>  *Assigned: 03/10/2010* | representing | **Lennar Corporation**<br>*(Party)* |
| | | **Lennar Homes of California, Inc.**<br>*(Party)* |
|   *Assigned: 04/26/2010* | representing | **HCC Investors, LLC**<br>*(Interested Party)* |
| **Dawn Messick**<br>Foley & Lardner LLP<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101<br>619-685-4633<br>dmessick@foley.com<br>  *Assigned: 07/16/2010* | representing | **Lennar Corporation**<br>*(Party)* |
|   *Assigned: 07/19/2010* | representing | **Lennar Homes of California, Inc.**<br>*(Party)* |
| **Randall P. Mroczynski**<br>Cooksey, Howard, Martin & Toolen<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626<br>(714) 431-1100<br>(714) 431-1119 (fax)<br>rmroczynski@cookseylaw.com<br>  *Assigned: 11/29/2010* | representing | **Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC successor in interest to DaimlerChrysler Financial Services Americas LLC**<br>*(Creditor)* |
| **Abigail O'Brient**<br>Mintz Levin Cohn Ferris Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300 | representing | **Briarwood Capital, LLC**<br>P.O. Box 1159<br>Rancho Santa Fe, CA 92067 |

San Diego, CA 92130  
858-314-1500  
aobrient@mintz.com  
*Assigned: 04/20/2010*

**Michael T. O'Halloran**  
1010 Second Avenue, Ste. 1727  
San Diego, CA 92101  
(619) 233-1727  
(619) 233-6526 (fax)  
mto@debtsd.com  
*Assigned: 03/01/2011*

representing

*(Debtor)*

**DLA Piper**  
c/o Coughlan, Semmer & Lipman, LLP  
501 West Broadway, Suite 400  
San Diego, CA 92101  
rcoughlan@csllaw.com  
*(Interested Party)*

**David A. Ortiz**  
Office Of The United States Trustee  
402 West Broadway, Suite 600  
San Diego, CA 92101  
619-557-5013  
david.a.ortiz@usdoj.gov  
*Assigned: 06/11/2010*

representing

**United States Trustee**  
Office of the U.S. Trustee  
402 West Broadway, Suite 600  
San Diego, CA 92101-8511  
619-557-5013  
ustp.region15@usdoj.gov  
*(United States Trustee)*

**Gary B. Rudolph**  
SULLIVAN HILL LEWIN REZ & ENGEL  
550 West C Street, Suite 1500  
San Diego, CA 92101  
619.233.4100  
619.231.4372 (fax)  
rudolph@sullivanhill.com  
*Assigned: 08/09/2010*

representing

**Leslie T. Gladstone**  
401 Via Del Norte  
La Jolla, CA 92037  
858-454-9887  
858-454-9596 (fax)  
candic@financiallawgroup.biz  
*(Trustee)*

**Kenneth N. Russak**  
Frandzel Robins Bloom & Csato, L.C.  
6500 Wilshire Blvd., 17th Floor  
Los Angeles, CA 90046-4920  
323-852-1000  
323-651-2577 (fax)  
krussak@frandzel.com  
*Assigned: 08/16/2010*

representing

**German American Capital Corporation**  
c/o FRANDZEL ROBINS BLOOM & CSATO, LC  
6500 Wilshire Boulevard, 17th Floor  
Los Angeles,, CA 90048-4920  
*(Creditor)*

**Katherine P. Soby**  
Quinn Emanuel Urguhart & Sullivan, LLP  
865 South Figueroa Street  
Los Angeles, CA 90017  
213-443-3705  
katysoby@quinnemanuel.com  
*Assigned: 05/26/2010*  
*TERMINATED: 02/24/2011*

representing

**Richard M. Kipperman, Trustee**  
c/o Foley & Lardner LLP  
402 W. Broadway, Ste. 2100  
San Diego, CA 92101  
619-234-6655  
ksoby@foley.com  
*(Examiner)*

**Richard S. Van Dyke**

| | | |
|---|---|---|
| Van Dyke & Associates, APLC<br>4660 La Jolla Village Drive<br>Suite 1070<br>San Diego, CA 92122<br>858-558-8475<br>858-356-5584 (fax)<br>rsvandyke@vdalaw.com<br>*Assigned: 01/27/2011* | representing | **Briarwood Capital, LLC**<br>P.O. Box 1159<br>Rancho Santa Fe, CA 92067<br>*(Debtor)* |
| *Assigned: 05/04/2011* | representing | **Nicolas Marsch**<br>*(Interested Party)* |
| **Alan Vanderhoff**<br>Vanderhoff Law Group<br>750 B Street, Suite 1620<br>San Diego, CA 92101<br>(619) 299-2050<br>(619) 239-6554 (fax)<br>alan.vanderhoff@vanderhofflaw.com<br>*Assigned: 03/03/2010* | representing | **KBR Group, Inc.**<br>*(Interested Party)* |
| | | **KBR Opportunity Fund I, LP**<br>*(Interested Party)* |
| | | **KBR Opportunity Fund II, LP**<br>*(Creditor)* |
| **Victor A. Vilaplana**<br>Foley & Lardner<br>402 West Broadway<br>Suite 2100<br>San Diego, CA 92101<br>619-234-6655<br>(619) 234-3510 (fax)<br>vavilaplana@foley.com<br>*Assigned: 12/09/2010* | representing | **Richard M. Kipperman, Trustee**<br>c/o Foley & Lardner LLP<br>402 W. Broadway, Ste. 2100<br>San Diego, CA 92101<br>619-234-6655<br>ksoby@foley.com<br>*(Examiner)* |
| **Jon R. Williams**<br>666 State St.<br>San Diego, CA 92101<br>619-238-0370<br>*Assigned: 05/31/2011*<br>*LEAD ATTORNEY* | representing | **Leslie T. Gladstone**<br>401 Via Del Norte<br>La Jolla, CA 92037<br>858-454-9887<br>858-454-9596 (fax)<br>candic@financiallawgroup.biz<br>*(Trustee)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/31/2011 08:59:07 | | | |
| **PACER Login:** | lv0027 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 10-02677-PB11 |