# EXHIBIT B



# Finlayson·Williams·Toffer·Roosevelt & Lilly LLP

**ATTORNEYS**

June 07, 2011

Leslie T. Gladstone  
Chapter 11 Trustee  
401 Via Del Norte  
La Jolla, CA 92037

Invoice No. 13075  
EIN # 83-0412322

Re: In re Briarwood Capital, LLC  
    Case No. 10-02677-PB11

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Claims Administration and Objections** | | | | |
| 5/6/2011 | WSM | Draft objections to claims of Colony Properties International | 0.30 | 36.00 |
| | JMT | Review procedures and materials regarding claim objections (.5); review Colony claims and potential objections (.4) | 0.90 | 315.00 |
| 5/9/2011 | JMT | Review objections to Colony claims and draft declaration re same | 1.50 | 525.00 |
| | JSF | Review and revise draft Colony claim objections | 0.40 | 150.00 |
| 5/11/2011 | JSF | Emails to/from trustee's office re objections to Colony claims | 0.20 | 75.00 |
| | JMT | Review objections and email L. Gladstone re same | 0.20 | 70.00 |
| 5/12/2011 | WSM | Prepare, serve, and electronically file objections to claims of Colony Properties | 0.30 | 36.00 |
| | JMT | Email re objections to Colon plan | 0.10 | 35.00 |
| | JSF | Review R. Kipperman's email re Colony claim objections | 0.10 | 37.50 |
| 5/16/2011 | JSF | Office conference with A. Vanderhoff re Colony claim objections (.3); respond to R. Kipperman's email re Colony claim objections (.2); emails with V. Vilaplana re same (.2) | 0.70 | 262.50 |
| 5/18/2011 | JSF | Analysis and teleconference with V. Vilaplana re Colony claim objections (.5); call to A. Vanderhoff re same (left message) (.1--NO CHARGE); office conference with A. Vanderhoff re same (.7) | 1.20 | 450.00 |
| | SUBTOTAL: | | [ 5.90 | 1,992.00] |

Leslie T. Gladstone
6/7/2011
Page 2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **FWTRL-Fee/Employment Applications/Objections** | | | | |
| 5/4/2011 JSF | Respond to J. Toffer's email re fee application/analysis re procedural issues | | 0.20 | 75.00 |
| 5/5/2011 JSF | Emails with J. Toffer and G. Rudolph re hearing date on interim fee applications | | 0.20 | 75.00 |
| 5/19/2011 WSM | Draft first interim fee application and supporting documents | | 4.50 | 540.00 |
| 5/20/2011 JSF | Review/draft first interim fee application, summary sheet, Finlayson and Gladstone declarations | | 2.20 | 825.00 |
| 5/23/2011 JMT | Review bills and revise fee application | | 1.00 | 350.00 |
| 5/24/2011 JSF | Review first interim fee application, summary sheet, Finlayson and Gladstone declarations and email to client re same | | 0.60 | 225.00 |
| 5/25/2011 JSF | Respond L. Gladstone's email re first interim fee application, summary sheet, Finlayson and Gladstone declarations | | 0.20 | 75.00 |
| 5/26/2011 WSM | Prepare, serve, and electronically file FWTRL first interim fee application | | 2.00 | 240.00 |
| | SUBTOTAL: | [ | 10.90 | 2,405.00] |
| **Litigation** | | | | |
| 5/2/2011 JSF | Teleconference with J. Williams re settlement/appeal (.7); review and revise Gladstone declaration in support of settlement motion and emails re same (.6) | | 1.30 | 487.50 |
| JMT | Email counsel re declaration (.1); review and revise R. Holmes declaration (.3); draft notice of motion for approval (.5); review and finalize declarations and exhibits (1.5); cite-check brief (.7); review and revise brief (.5); review L. Gladstone declaration and email re same (.3) | | 3.90 | 1,365.00 |
| 5/3/2011 JSF | Emails from J. Troutman and B. Logan re coordination on filing settlement motion (.2); review and revise attachment to notice of settlement motion and email to J. Toffer re same (.2) | | 0.40 | 150.00 |
| WSM | Prepare exhibits to Gladstone and Holmes declarations in support of motion (.5); prepare, serve, and electronically file motion and supporting declarations (.8) | | 1.30 | 156.00 |
| JMT | Review and revise notice and approval motion (.5); finalize motion and declarations (1.5) | | 2.00 | 700.00 |

Leslie T. Gladstone
6/7/2011
Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/5/2011 | JSF | Teleconferences with the court re Marsch's ex parte application to continue hearing on Lennar settlement motion (.3); emails with B. Logan and G. Rudolph re same (.3) | 0.60 | 225.00 |
|  | JMT | Review ex parte and emails re same and hearing dates | 0.30 | 105.00 |
| 5/6/2011 | JMT | Attend call with J. Finlayson and others re settlement and potential objections | 0.30 | 105.00 |
|  | JSF | Teleconference with J. Toffer re settlement and potential objections | 0.30 | 112.50 |
| 5/9/2011 | WSM | Draft amended notice of hearing on trustee's motion to approve settlement with Lennar. | 0.40 | 48.00 |
|  | JSF | Emails and teleconference with G. Rudolph re Marsch's attempts to use J. Williams to oppose Lennar settlement motion | 0.40 | 150.00 |
| 5/11/2011 | JSF | Respond to emails from J. Williams and G. Rudolph re continuance of hearing on motion to approve settlement with Lennar and related issues with deadline to submit reporter's transcript in the Bridges appeal (.4); emails to from B. Logan, G. Rudolph, and S. Van Dyke re the debtor's request for information from Gordon & Holmes (.2) | 0.60 | 225.00 |
| 5/12/2011 | WSM | Prepare, serve, and electronically file amended notice of hearing on trustee's motion to approve settlement with Lennar | 0.50 | 60.00 |
|  | JMT | Call with R. Goodson re settlement | 0.20 | 70.00 |
| 5/13/2011 | JSF | Emails from B. Logan, G. Rudolph, and F. Gordon re status of turnover of information to Marsch's counsel (.6); teleconference with R. Goodson (unsecured creditor) and J. Toffer re Lennar settlement (.4) | 1.00 | 375.00 |
|  | JMT | Review documents re claims and attend call with R. Goodson re settlement | 0.40 | 140.00 |
|  |  | SUBTOTAL: | [ 13.90 | 4,474.00] |

Other Professionals - Fee/Employment

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/9/2011 | JSF | Emails with G. Rudolph re hearing on Boudreau & Williams employment application | 0.10 | 37.50 |
| 5/10/2011 | JSF | Respond to L. Gladstone's email about payment to examiner | 0.10 | 37.50 |
| 5/16/2011 | JSF | Office conference with J. Toffer re possible fee application by Mintz Levin and review emais to/from J. Toffer and J. Davis re same | 0.30 | 112.50 |

Leslie T. Gladstone
6/7/2011
Page 4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/16/2011 | JMT | Review deadline for fee application (.1); discuss fee applications and strategy for opposition to motion with G. Rudolph (.4); review Mintz Levin claim re fees and costs (.3); draft email to counsel re fee applications and coordination and discuss same with J. Finlayson (.6) | 1.40 | 490.00 |
| 5/18/2011 | JSF | Respond to J. Toffer's emails re Boudreau & Williams fee application | 0.20 | 75.00 |
|  | JMT | Review sample fee applications for J. Williams (.1); email J. Williams re same (.2); review documents re employment application and email J. Williams re same (.3) | 0.60 | 210.00 |
| 5/20/2011 | JSF | Emails with J. Williams re Boudreau & Williams fee application | 0.40 | 150.00 |
| 5/25/2011 | JSF | Emails from G. Rudolph and J. Williams re fee applications | 0.20 | 75.00 |
| 5/26/2011 | WSM | Draft notice of hearing on first interim fee applications | 0.30 | 36.00 |
|  | JSF | Emails with other counsel and trustee's office re notice of fee applications/review and revise notice (.4); coordinate filing of fee applications and notice, etc. (.4) | 0.80 | 300.00 |
| 5/27/2011 | WSM | Prepare and electronically file notice of hearing on first interim fee applications | 0.20 | 24.00 |
|  |  | SUBTOTAL: | [ 4.60 | 1,547.50] |
|  |  | For professional services rendered | 35.30 | $10,418.50 |

Additional Charges :

Disbursements

| 5/3/2011 | Postage | 26.40 |
|---|---|---:|
|  | Postage | 32.85 |
| 5/5/2011 | e-DocuPlus -- copy of motion to approve settlement with Lennar for Judge Bowie | 66.87 |
|  | Time Machine Attorney Service -- delivery to Judge Bowie of courtesy copy of motion to approve settlement with Lennar | 185.24 |

Leslie T. Gladstone
6/7/2011
Page 5

| Date | Description | Amount |
|---|---|---:|
| 5/12/2011 | Postage | 2.56 |
| | Postage | 49.72 |
| 5/13/2011 | Postage | 6.81 |
| | e-DocuPlus -- copy of motion to approve settlement with Lennar for R.Goodson | 44.73 |
| 5/26/2011 | Postage | 4.80 |
| 5/27/2011 | Postage | 48.40 |
| 5/31/2011 | Copy charges for the period 5/1/11-5/31/11 | 905.40 |
| | SUBTOTAL: | [ 1,373.78] |
| | Total additional charges | $1,373.78 |
| | Total amount of this bill | $11,792.28 |
| | Previous balance | $116,619.59 |
| | Balance due | $128,411.87 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jared M. Toffer, Partner | 12.80 | 350.00 | $4,480.00 |
| Jesse S. Finlayson, Partner | 12.70 | 375.00 | $4,762.50 |
| Wendy Mills, Legal Assistant | 9.80 | 120.00 | $1,176.00 |