EXHIBIT C



# Finlayson·Williams·Toffer·Roosevelt & Lilly LLP

ATTORNEYS

July 12, 2011

Leslie T. Gladstone
Chapter 11 Trustee
401 Via Del Norte
La Jolla, CA 92037

Invoice No. 13181
EIN # 83-0412322

Re:  In re Briarwood Capital, LLC
     Case No. 10-02677-PB11

Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| **Case Administration** | | | | |
| 6/6/2011 | JSF | Review March's chapter 11 plan in Colony cases | 0.40 | 150.00 |
| 6/7/2011 | JSF | Additional analysis re March's chapter 11 plan in Colony cases and possible effect on settlement/emails with B. Logan and G. Rudolph re same | 0.60 | 225.00 |
| 6/28/2011 | JSF | Review Marsch's motion to remove trustee and teleconference with G. Rudolph re same (.4); review and analyze Marsch's ex parte application to shorten time and teleconference with G. Rudolph re same (.4); call to court re opposition to ex parte application (.2); emails with B. Logan re same (.3); teleconference with D. Petrocelli re same (.3); analysis and email to trustee, G. Rudolph, and J. Toffer re same (.4); email from J. Toffer re same (.1) | 2.10 | 787.50 |
| 6/29/2011 | JSF | Calls to/from court on Marsch's ex parte application for order shortening time on motion to remove trustee (.1); analysis and emails with G. Rudolph re same (.3) | 0.40 | 150.00 |
| | SUBTOTAL: | | [  3.50 | 1,312.50] |
| **Claims Administration and Objections** | | | | |
| 6/6/2011 | JSF | Return V. Vilaplana's phone call re Colony claim objections (.2); emails with V. Vilaplana re same (.1) | 0.30 | 112.50 |
| 6/13/2011 | JSF | Teleconference with A. Vanderhoff re objection to Colony claims and related issue/analysis re same (.5); emails from A. Vanderhoff and to B. Logan re same (.2) | 0.70 | 262.50 |

Leslie T. Gladstone
7/12/2011
Page 2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
|  |  | SUBTOTAL: | [ | 1.00 | 375.00] |
|  |  | FWTRL-Fee/Employment Applications/Objections |  |  |  |
| 6/22/2011 | JSF | Review tentative ruling on fee applications and email to other professionals re same |  | 0.30 | 112.50 |
|  |  | SUBTOTAL: | [ | 0.30 | 112.50] |
|  |  | Litigation |  |  |  |
| 6/7/2011 | JMT | Review competing plan and emails re same |  | 0.30 | 105.00 |
| 6/10/2011 | JSF | Review March's opposition to motion to approve settlement with Lennar and office conference with J. Toffer re same (.7); emails with B. Logan and G. Rudolph re same/possible conference call to discuss response (.1); review emails from B. Logan and J. Bressi re City National's response to Marsch opposition to proposed settlement (.2) |  | 1.00 | 375.00 |
|  | JMT | Discuss opposition brief with J. Finlayson (.5); review opposition brief (.8); attend call re opposition brief (.3) |  | 1.60 | 560.00 |
| 6/13/2011 | JSF | Teleconference with B. Logan and G. Rudolph re Marsch's opposition to motion to approve Lennar settlement and analysis re same |  | 0.60 | 225.00 |
| 6/14/2011 | JMT | Discuss reply brief with J. Finlayson |  | 0.30 | 105.00 |
|  | JSF | Discuss reply brief with J. Toffer |  | 0.30 | 112.50 |
| 6/15/2011 | JSF | Teleconference with G. Rudolph and J. Toffer re reply to Marsch's opposition to motion to approve settlement with Lennar (.4); begin to draft reply brief (1.5) |  | 1.90 | 712.50 |
|  | JMT | Attend call with J. Finlayson and G. Rudolph re reply brief |  | 0.40 | 140.00 |
| 6/16/2011 | JSF | Continue to draft reply brief (1.5); office conference with J. Toffer re same (.3) |  | 1.80 | 675.00 |
|  | JMT | Pull materials for reply and discuss reply with J. Finlayson (.3); review time records for reply brief (.4) |  | 0.70 | 245.00 |

Leslie T. Gladstone
7/12/2011
Page 3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/17/2011 | JSF | Continue to draft reply brief (5.6); review and revise Toffer declaration (3); review Rudolph declaration (.2); email to trustee and G. Rudolph re draft reply brief (.2) | 6.30 | 2,362.50 |
|  | JMT | Draft insert to reply brief in support of settlement agreement (2.3); review and revise insert (.8); draft declaration in support of reply brief (1.5); draft section re evidentiary hearing (.9); review and revise brief (.4) | 5.90 | 2,065.00 |
| 6/19/2011 | JSF | Emails from trustee and G. Rudolph re draft reply brief | 0.20 | 75.00 |
| 6/20/2011 | JSF | Continue to review and revise reply in support of motion to approve settlement with Lennar/finalize, cite check and prepare for filing (3.2); review Lennar's ex parte application to file declaration under seal and DLA Piper's response (.3); emails with A. Vanderhoff re KBR's joinder in motion to approve Lennar settlement (.2) | 3.70 | 1,387.50 |
|  | JMT | Review, revise and finalize declaration (.5); discuss filing with J. Finlayson (.1) | 0.60 | 210.00 |
| 6/23/2011 | JMT | Review voicemail and call K. Fitch re request for records from T.Macaluso | 0.20 | 70.00 |
| 6/27/2011 | JMT | Review letter re DLA documents (.1); discuss same with G. Rudolph (.1) | 0.20 | 70.00 |
|  | JSF | Emails with G. Rudolph re opposition to DLA's motion to quash subpoena | 0.40 | 150.00 |
| 6/28/2011 | JMT | Review motion to remove Trustee (.3); discuss ex parte motion with J. Finlayson (.3) | 0.60 | 210.00 |
|  | JSF | Office conference with J. Toffer re ex parte motion | 0.30 | 112.50 |
| 6/29/2011 | JSF | Emails and teleconference with B. Logan re motion to approve settlement with Lennar and related issues (.6); prepare for hearing on Lennar motion (.8) | 1.40 | 525.00 |
| 6/30/2011 | JSF | Prepare for and attend hearing on motion to approve settlement with Lennar and related issues (5.1); email with B. Logan re order (.3) | 5.40 | 2,025.00 |
|  | WSM | Draft order granting motion to approve settlement with Lennar (.2); draft notice of lodging re same (.4); review docket (.2) | 0.80 | 96.00 |
|  | SUBTOTAL: |  | [ 34.90 | 12,613.50] |

Leslie T. Gladstone
7/12/2011
Page 4

|  | Hours | Amount |
|---|---:|---:|
| **Other Professionals - Fee/Employment** | | |
| 6/23/2011 WSM  Draft order approving first interim fee applications | 0.60 | 72.00 |
| SUBTOTAL: | [ 0.60 | 72.00] |
| For professional services rendered | 40.30 | $14,485.50 |

Additional Charges :

Disbursements

| | |
|---|---:|
| 6/20/2011 Postage | 1.48 |
| 6/30/2011 Parking ($14.00) and mileage roundtrip to San Diego for hearing ($88.00) | 102.00 |
| Copy charges for the period 6/1/11-6/30/11 | 119.60 |
| SUBTOTAL: | [ 223.08] |
| Total additional charges | $223.08 |
| Total amount of this bill | $14,708.58 |
| Previous balance | $128,411.87 |
| Accounts receivable transactions | |
| 7/11/2011 Payment - Thank You. Check No. 1001 | ($116,619.59) |
| Total payments and adjustments | ($116,619.59) |
| Balance due | $26,500.86 |

Leslie T. Gladstone
7/12/2011
Page 5

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jared M. Toffer, Partner | 10.80 | 350.00 | $3,780.00 |
| Jesse S. Finlayson, Partner | 28.10 | 375.00 | $10,537.50 |
| Wendy Mills, Legal Assistant | 1.40 | 120.00 | $168.00 |