# EXHIBIT D

# Finlayson · Williams · Toffer · Roosevelt & Lilly LLP

ATTORNEYS

August 04, 2011

Leslie T. Gladstone
Chapter 11 Trustee
401 Via Del Norte
La Jolla, CA 92037

Invoice No. 13279
EIN # 83-0412322

Re:  In re Briarwood Capital, LLC
     Case No. 10-02677-PB11

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Asset Analysis and Recovery** | | | | |
| 7/20/2011 | JSF | Review and analyze S. Van Dyke's letter re DLA claims and analysis re same | 0.50 | 187.50 |
| | SUBTOTAL: | | [ 0.50 | 187.50 ] |
| **Case Administration** | | | | |
| 7/1/2011 | JSF | Emails from G. Rudolph and J. Williams re Marsch's motion to remove trustee and related issues with appeal | 0.30 | 112.50 |
| 7/5/2011 | JSF | Analysis re Marsch's motion to remove trustee and emails with G. Rudolph re same (.6); emails with S. Van Dyke re same/request for withdrawal (.3) | 0.90 | 337.50 |
| 7/6/2011 | JSF | Emails with L. Gladstone and G. Rudolph re deadline for Lennar settlement closing/possible extension (.3); teleconference with G. Rudolph and L. Gladstone re same (.3) | 0.60 | 225.00 |
| 7/11/2011 | JSF | Begin to research and draft opposition to Marsch's motion to remove trustee | 2.90 | 1,087.50 |
| 7/12/2011 | JSF | Research and draft opposition to Marsch's motion to remove trustee (3.2); analysis and emails with L. Gladstone and G. Rudolph re use of Marsch email in opposition to motion to remove trustee (.3) ; emails with G. Rudolph re logistics of filing of Rudolph declaration (.2) | 3.70 | 1,387.50 |
| 7/13/2011 | JSF | Continue research and draft opposition to Marsch's motion to remove trustee | 5.40 | 2,025.00 |
| 7/14/2011 | WSM | Prepare and electronically file opposition to Marsch's motion to remove trustee and supporting declaration | 0.90 | 108.00 |

15615 Alton Parkway, Suite 250   Irvine, California 92618   T 949.759.3810   F 949.759.3812   www.fwtrl.com

Leslie T. Gladstone
8/4/2011
Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/14/2011 | JSF | Continue to draft opposition to Marsch's motion to remove trustee/cir check and prepare for filing (3.9); draft Finlayson declaration in support of opposition (.3); teleconference with B. Logan re same/related issues (.3) | 4.50 | 1,687.50 |
| 7/15/2011 | JSF | Respond to S. Van Dyke's email re privileged materials (.3); email from G. Rudolph re same (.1); teleconference with S. Van Dyke re same (.3); analysis and email to trustee and G. Rudolph re status (.7); review Lennar's opposition to Marsch's motion to remove trustee (.4) | 1.50 | 562.50 |
|  | SUBTOTAL: |  | [   20.70 | 7,533.00] |

Claims Administration and Objections

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/1/2011 | JSF | Respond to V. Vilaplana's email re Colony claim objections and results of prior day's hearing, etc. | 0.40 | 150.00 |
| 7/5/2011 | JSF | Respond to V. Vilaplana's email re extension of deadline to respond to Colony claim objections | 0.20 | 75.00 |
| 7/6/2011 | JSF | Analysis and teleconference with G. Rudolph and L. Gladstone re Colony trustee's request for extension of deadline to respond to claim objections (.4); call to V. Vilaplana re same (.2); emails with V. Vilaplana re same (.5) | 1.20 | 450.00 |
| 7/8/2011 | JSF | Review KBR's consent to Colony claim objections and emails with V. Vilaplana re same | 0.60 | 225.00 |
| 7/12/2011 | JSF | Review and analyze the Colony trustee's oppositions to motions to disallow claims and email to trustee re same | 0.50 | 187.50 |
| 7/13/2011 | JSF | Emails with V. Vilaplana re objection to Colony claims | 0.30 | 112.50 |
| 7/18/2011 | JSF | Research re reply brief on trustee's objection to Colony claims | 1.90 | 712.50 |
| 7/19/2011 | JSF | Draft reply brief on trustee's objection to Colony claims | 4.60 | 1,725.00 |
| 7/20/2011 | WSM | Prepare, serve, and electronically file reply in support of objections to claim nos. 45 and 46 and evidentiary objections to Vilaplana declaration | 0.50 | 60.00 |

Leslie T. Gladstone
8/4/2011
Page 3

|  |  |  |  | Hours | Amount |
|---|---|---|---|---:|---:|
| 7/20/2011 | JSF | Review and revise reply brief on trustee's objection to Colony claims/cite check and prepare for filing (1.9); review and revise evidentiary objection to Vilaplana declaration (.2); office conference with J. Toffer re DLA claim (.3--NO CHARGE) | | 2.10 | 787.50 |
| | JMT | Review evidentiary objections (.1); draft evidentiary objections to Vilaplana Declarations (.6); review and revise reply in support of colony claims objections (.5); discuss DLA claim with J. Finlayson and review materials regarding same (1.2) | | 2.40 | 840.00 |
| | | SUBTOTAL: | [ | 14.70 | 5,325.00] |

### Litigation

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/1/2011 WSM | Prepare and electronically file notice of lodgment of order granting motion to approve settlement with Lennar and upload order | | 0.30 | 36.00 |
| JSF | Draft order approving Lennar settlement and email to parties to settlement re same (.7); emails re visions to order (.3) | | 0.30 | 112.50 |
| 7/5/2011 JSF | Analysis re conditions precedent to Lennar settlement/issue with Colony claims (.7); email to trustee re same (.8); teleconference with G. Rudolph re same (.1); emails with G. Rudolph and J. Williams re appeal (.2); teleconference with G. Rudolph re same (.1); emails from Lennar and to trustee re settlement payment, etc. (.2) | | 2.10 | 787.50 |
| JMT | Review emails re motion to remove trustee | | 0.30 | 105.00 |
| 7/6/2011 JMT | Review emergency motion (.4); review letter re DLA documents and call with G. Rudolph re same (.2) | | 0.60 | 210.00 |
| JSF | Emails from S. Van Dyke and to J. Sims re possible Marsch settlement (.3); analysis and email to L. Gladstone re same (.3); respond to email from S. Van Dyke re settlement proposal and service of emergency motion for stay of order approving Lennar settlement (.3); review and analyze Marsch's emergency motion for a stay pending appeal and email to L. Gladstone and G. Rudolph re same (.5) | | 1.70 | 637.50 |
| 7/7/2011 JSF | Draft opposition to Marsch's emergency motion to stay Lennar settlement (5.3); email to S. Van Dyke re issues with motion/misreps (.4) | | 5.70 | 2,137.50 |

Leslie T. Gladstone
8/4/2011
Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/8/2011 | WSM | Prepare and electronically file opposition to Marsch's emergency motion to stay entry of order | 0.30 | 36.00 |
| | JMT | Review and revise opposition to emergency motion, cite-check and prepare for filing (2.0); discuss filing with J. Finlayson (.2); review motion to remove trustee and timing of opposition (.2) | 2.40 | 840.00 |
| | JSF | Review and revise opposition to Marsch's emergency motion to stay Lennar settlement (1.3); office conference with J. Toffer re same (.2) | 1.50 | 562.50 |
| 7/12/2011 | JSF | Teleconference with L. Gladstone and G. Rudolph re extension of deadline to close Lennar settlement and analysis re same (..6); email to B. Logan and others re same (.5); email to B. Logan re wire instructions for settlement payment (.2); additional emails with issues with Lennar settlement closing date (.3); analysis re documents needed for closing and email to J. Troutman re same (.3) | 1.90 | 712.50 |
| 7/13/2011 | JSF | Email from B. Logan re status of order on settlement motion (.2); research and begin to draft response to Marsch's objection to form of proposed order (2.2); additional teleconferences with B. Logan and calls with the court re same (.4); review entered order (.2); respond to J. Williams' email re reporters' transcript (.2) | 3.20 | 1,200.00 |
| | JMT | Review and revise motion in opposition to objection to proposed order (.5); discuss status and motion with J. Finlayson (.2); review and provide comments on motion (.4) | 1.10 | 385.00 |
| 7/14/2011 | JSF | Emails with J. Williams re reporters' transcript (.2); teleconference with J. Williams re same (.2) | 0.40 | 150.00 |
| | JSF | Emails and teleconference with G. Rudolph payment of RT deposit (.2)l emails and teleconference with J. Williams re same (.2); emails to trustee re same (.1); review emails from G. Rudolph and S. Van Dyke re privilege issues (.2) | 0.70 | 262.50 |
| | JMT | Review and revise opposition to remove Trustee Gladstone | 0.90 | 315.00 |
| 7/15/2011 | JMT | Review emails re Marsch email in support of opposition (.2); discuss same with J. Finlayson (.1); review settlement documents and email tasks for final execution (.4); send emails re documents for execution (.5) | 1.20 | 420.00 |

Leslie T. Gladstone
8/4/2011
Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/19/2011 | JMT | Review docket for McCrink action (.2); review and respond to emails re settlement documents (.3) | 0.50 | 175.00 |
| 7/20/2011 | JSF | Teleconference with S. Van Dyke re possible settlement (.3); analysis, office conference with J. Toffer, and email to trustee re same (.6); emails with J. Williams re dismissal of appeal (.3) | 1.20 | 450.00 |
| 7/21/2011 | JSF | Respond to B. Logan's email re status/possible motion by Marsch for stay | 0.40 | 150.00 |
| 7/22/2011 | JSF | Respond to S. Van Dyke's email re possible settlement (.2); emails with L. Gladstone and G. Rudolph re same.possible conference call (.1); respond to B. Logan's email re Lennar closing (.2) | 0.50 | 187.50 |
| 7/25/2011 | JSF | Analysis and teleconference with L. Gladstone and G. Rudolph re possible settlement with Marsch (.6); teleconference with B. Logan re same/closing on Lennar settlement (.3); office conference with J. Toffer re logistics on Lennar closing (.2); email to S. Van Dyke re Marsch settlement (.1); teleconference with S. Van Dyke re same (.3); analysis re scope of possible release and emails with L. Gladstone and G. Rudolph re same (.4) | 1.80 | 675.00 |
| 7/26/2011 | JSF | Draft Marsch settlement agreement and email to L. Gladstone and G. Rudolph re same | 2.10 | 787.50 |
|  | JMT | Discuss settlement agreement with J. Finlayson (.2); review settlement agreement and provide comments (.5) | 0.70 | 245.00 |
| 7/27/2011 | JMT | Review settlement documents and case information (.5); email counsel re same (.2); multiple emails and conferences re dismissals (.3) | 1.00 | 350.00 |
|  | JSF | Emails with A. Acevedo re closing Lennar settlement (.6); review/sign letter to B. Logan (.2); office conferences with J. Toffer re same (.2); emails with G. Rudolph re draft Marsch settlement (.2); revise settlement and emails to S. Van Dyke and L, Gladstone re same (.5); emails with S. Van Dyke and L. Gladstone re Marsch's comments on settlement agreement (.3); office conference with J. Toffer re same (.2) | 2.20 | 825.00 |
| 7/28/2011 | JMT | Email L. Gladstone re wire (.1); review calls from A. Acevedo re settlement (.1) | 0.20 | 70.00 |
|  | JSF | Review emails re Lennar settlement payment and release of dismissals (.3); email to L. Gladstone re possible settlement with Marsch (.2) | 0.50 | 187.50 |

Leslie T. Gladstone
8/4/2011
Page 6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/29/2011 | JSF | Teleconference with L. Gladstone re possible settlement with Marsch (.2); emails with S. Van Dyke re same (.2); review and revise draft Marsch settlement agreement and email to S. Van Dyke (.9) | 1.30 | 487.50 |
|  | JMT | Review and revise Marsch settlement agreement (.2) |  | NO CHARGE |
|  |  | SUBTOTAL: | [ 37.00 | 13,499.50] |
|  |  | For professional services rendered | 72.90 | $26,545.00 |

Additional Charges :

<u>Disbursements</u>

| 7/1/2011 | Postage | 1.92 |
|---|---|---|
| 7/8/2011 | Postage | 3.84 |
| 7/13/2011 | PACER charges for the period 4/1/11-6/30/11 | 54.48 |
| 7/14/2011 | Postage | 5.64 |
| 7/20/2011 | Postage | 3.84 |
| 7/31/2011 | Copy charges for the period 7/1/11-7/31/11 | 87.40 |
|  | SUBTOTAL: | [      157.12] |
|  | Total additional charges | $157.12 |
|  | Total amount of this bill | $26,702.12 |
|  | Previous balance | $26,500.86 |
|  | Balance due | $53,202.98 |

Leslie T. Gladstone
8/4/2011
Page 7

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jared M. Toffer, Partner | 11.30 | 350.00 | $3,955.00 |
| Jesse S. Finlayson, Partner | 59.60 | 375.00 | $22,350.00 |
| Wendy Mills, Legal Assistant | 2.00 | 120.00 | $240.00 |