# EXHIBIT E



# Finlayson · Williams · Toffer · Roosevelt · Lilly LLP

**ATTORNEYS**

September 09, 2011

Leslie T. Gladstone
Chapter 11 Trustee
401 Via Del Norte
La Jolla, CA 92037

Invoice No. 13354
EIN # 83-0412322

Re:  In re Briarwood Capital, LLC
     Case No. 10-02677-PB11

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Claims Administration and Objections** | | | | |
| 8/22/2011 JSF | Email to B. Logan re status of Colony case, etc. | | 0.30 | 112.50 |
| 8/25/2011 JSF | Emails with G. Rudolph re hearing on Colony claim objections (.2); teleconference with G. Rudolph re same (.3); additional teleconference with G. Rudolph re hearing results (.1) | | 0.60 | 225.00 |
| 8/26/2011 JSF | Review minute order on Colony claim objection and calendar new hearing date | | 0.20 | 75.00 |
| | SUBTOTAL: | [ | 1.10 | 412.50] |
| **Litigation** | | | | |
| 8/1/2011 JSF | Emails with S. Van Dyke re Marsch settlement (.2); draft stipulation to continue hearing on Marsch's motion to remove trustee (.9); begin to draft motion to approve Marsch settlement (2.8); emails from G. Rudolph and J. Williams re Bridges appeal (.2) | | 4.10 | 1,537.50 |
| 8/2/2011 WSM | Draft order approving stipulation to continue hearing on trustee removal motion (.3); prepare, serve, and electronically file stipulation and upload order (.3) | | 0.60 | 72.00 |
| JSF | Continue to draft motion to approve Marsch settlement (2.4); additional email to L. Gladstone re signature on Marsch settlement agreement (.2) | | 2.60 | 975.00 |
| 8/4/2011 JSF | Emails with S. Van Dyke and L. Gladstone re Marsch settlement and possible release of litigation files (.6); continue to draft motion to approve Marsch settlement and Gladstone declaration (2.7); emails with S. Van Dyke re use of | | 4.10 | 1,537.50 |

Leslie T. Gladstone
9/9/2011
Page 2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | DLA proposal as exhibit, etc. (.4); office conference with J. Toffer re Marsch settlement (.4) |  |  |
| 8/4/2011 | JMT | Discuss settlement motion with J. Finlayson | 0.40 | 140.00 |
| 8/5/2011 | JMT | Review and revise settlement motion | 0.80 | 280.00 |
| 8/7/2011 | JMT | Review and respond to emails re settlement (.2); review exhibits for motion (.2) | 0.40 | 140.00 |
| 8/8/2011 | JMT | Review and revise settlement motion and cite-check same (1.0); call with S. Van Dyke re stay of appeal and motion (.2) | 1.20 | 420.00 |
| 8/9/2011 | WSM | Draft notice of motion and attachment re motion to approve settlement with Marsch | 0.50 | 60.00 |
|  | JMT | Review emails and revise motion to approve settlement (.5); review notice and table of contents (.3) | 0.80 | 280.00 |
| 8/10/2011 | WSM | Prepare, serve, and electronically file notice of motion and motion to approve settlement with Marsch | 0.80 | 96.00 |
| 8/19/2011 | JSF | Review stipulation to withdraw Landsource proof of claim and emails with M. Khatiblou re same (.6); emails with L. Gladstone and G. Rudolph re same (.2); emails from B. Logan, G. Rudolph and S. Van Dyke re appeal (.4); respond to J. Toffer's email re stipulation (.1) | 1.30 | 487.50 |
| 8/24/2011 | JSF | Emails with B. Logan re objection to Colony claims and related matters (.4); prepare for hearing on claim objection (.5) | 0.90 | 337.50 |
|  | SUBTOTAL: |  | [ 18.50 | 6,363.00] |
|  | For professional services rendered |  | 19.60 | $6,775.50 |

Leslie T. Gladstone
9/9/2011
Page 3

Additional Charges :

| | Amount |
|---|---|
| **Disbursements** | |
| 8/2/2011 Postage | 1.32 |
| 8/10/2011 Postage | 47.52 |
| Postage | 9.84 |
| 8/18/2011 Norco Delivery Services -- overnight package to O'Melveny Myers (7/28/11) | 19.41 |
| 8/31/2011 Copy charges for the period 8/1/11-8/31/11 | 116.60 |
| SUBTOTAL: | [ 194.69] |
| Total additional charges | $194.69 |
| Total amount of this bill | $6,970.19 |
| Previous balance | $53,202.98 |
| Balance due | $60,173.17 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jared M. Toffer, Partner | 3.60 | 350.00 | $1,260.00 |
| Jesse S. Finlayson, Partner | 14.10 | 375.00 | $5,287.50 |
| Wendy Mills, Legal Assistant | 1.90 | 120.00 | $228.00 |