# EXHIBIT F



# Finlayson · Williams · Toffer · Roosevelt & Lilly LLP

ATTORNEYS

October 07, 2011

Leslie T. Gladstone
Chapter 11 Trustee
401 Via Del Norte
La Jolla, CA 92037

Invoice No. 13440
EIN # 83-0412322

Re: In re Briarwood Capital, LLC
Case No. 10-02677-PB11

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 9/22/2011 JSF | Review entered order approving Marsch settlement and analysis re related procedural issues | | 0.40 | 150.00 |
| 9/26/2011 JSF | Analysis re means to close case -- possible plan versus conversion to chapter 7 (.4); emails with trustee re same (.2); further analysis and call to B. Logan re same (.3); emails with B. Logan re same (.2) | | 0.90 | 337.50 |
| 9/27/2011 JSF | Additional analysis re possible plan versus conversion to chapter 7 and emails with G. Rudolph and trustee re same (.6); call to D. Ortiz at U.S. Trustee's office re same (.1); call to court re same (.1) | | 0.80 | 300.00 |
| 9/30/2011 JSF | Emails with G. Rudolph and S. Van Dyke re possible conversion to chapter 7 and issues with L. Gladstone's possible appointment as chapter 7 trustee | | 0.60 | 225.00 |
| SUBTOTAL: | | [ | 2.70 | 1,012.50] |
| **Claims Administration and Objections** | | | | |
| 9/7/2011 JSF | Emails with G. Rudolph and V. Vilaplana re Colony claim objections | | 0.40 | 150.00 |
| 9/8/2011 JSF | Emails with G. Rudolph re hearing on Colony claim objections | | 0.20 | 75.00 |
| 9/19/2011 JSF | Conference with R. Goodson and analysis re proof of claim and purported security interest | | 0.40 | 150.00 |
| 9/23/2011 JSF | Prepare for hearing on objections to Colony claims (.6); emails with G. Rudolph, V. Vilaplana, and A. Vanderhoff re same (.8); teleconference with G. Rudolph re same (.2) | | 1.60 | 600.00 |

Leslie T. Gladstone
10/7/2011
Page  2

|  |  |  |  | Hours | Amount |
|---|---|---|---|---:|---:|
| 9/26/2011 | JSF | Travel to and attend hearing on objections to Colony claims (3.6); analysis and email to G. Rudolph re additional possible claim objections (.5) |  | 4.10 | 1,537.50 |
|  |  | SUBTOTAL: | [ | 6.70 | 2,512.50] |
|  | Litigation |  |  |  |  |
| 9/16/2011 | JSF | Prepare for hearing on motion to approve Marsch settlement and emails to G. Rudolph and trustee re same |  | 0.60 | 225.00 |
| 9/19/2011 | WSM | Draft order granting motion to approve settlement with Marsch (.2); review docket re same (.1) |  | 0.30 | 36.00 |
|  | JSF | Travel to and attend hearing on motion to approve Marsch settlement |  | 3.90 | 1,462.50 |
| 9/21/2011 | WSM | Prepare and electronically upload order granting motion to approve settlement with Marsch |  | 0.20 | 24.00 |
|  | JSF | Draft order approving Marsch settlement and emails with S. Van Dyke and G. Rudolph re same (1.2); email to trustee re same (.2) |  | 1.40 | 525.00 |
| 9/23/2011 | JSF | Emails with S. Van Dyke re order approving Marsch settlement and deadline to withdraw motion to remove the trustee and dismiss the Lennar appeal |  | 0.30 | 112.50 |
| 9/26/2011 | JSF | Respond to B. Logan's email re Marsch settlement |  | 0.30 | 112.50 |
| 9/28/2011 | JSF | Prepare and electronically file request for dismissal of appeal |  | 0.40 | 150.00 |
|  | JSF | Emails with S. Van Dyke re dismissal of appeal (.2); multiple office conferences with staff re filing request for dismissal with BAP (.4) |  | 0.60 | 225.00 |
|  |  | SUBTOTAL: | [ | 8.00 | 2,872.50] |
|  |  | For professional services rendered |  | 17.40 | $6,397.50 |

Leslie T. Gladstone
10/7/2011
Page 3

Additional Charges :

| | Amount |
|---|---:|
| **Disbursements** | |
| 9/19/2011 Parking ($7.00) and mileage roundtrip to San Diego for hearing ($88.00) | 95.00 |
| 9/26/2011 Parking ($5.25) and mileage roundtrip to San Diego for hearing ($88.00) | 93.25 |
| 9/28/2011 Postage | 6.60 |
| 9/30/2011 Copy charges for the period 9/1/11-9/30/11 | 135.00 |
| SUBTOTAL: | [    329.85] |
| Total additional charges | $329.85 |
| Total amount of this bill | $6,727.35 |
| Previous balance | $60,173.17 |
| Balance due | $66,900.52 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jesse S. Finlayson, Partner | 16.90 | 375.00 | $6,337.50 |
| Wendy Mills, Legal Assistant | 0.50 | 120.00 | $60.00 |