# EXHIBIT G

# Finlayson · Williams · Toffer · Roosevelt & Lilly LLP

**ATTORNEYS**

November 03, 2011

Leslie T. Gladstone
Chapter 11 Trustee
401 Via Del Norte
La Jolla, CA 92037

Invoice No. 13522
EIN # 83-0412322

Re: In re Briarwood Capital, LLC
    Case No. 10-02677-PB11

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Case Administration** | | | | |
| 10/3/2011 | JSF | Emails with S. Van Dyke re possible conversion to chapter 7 (.9); emails with G. Rudolph and L. Gladstone re same (.3) | 1.20 | 450.00 |
| 10/4/2011 | JSF | Additional emails mails with L. Gladstone re possible conversion to chapter 7 (.1); call to court to reset conversion motion for hearing (.2) | 0.30 | 112.50 |
| 10/5/2011 | JSF | Teleconference with court re resetting motion to convert case to chapter 7 for further hearing and email to L. Gladstone re same | 0.30 | 112.50 |
| 10/6/2011 | JSF | Draft notice of further hearing on trustee's motion to convert (.4); analysis and office conference with J. Toffer re issues with possible conversion (.3) | 0.70 | 262.50 |
| 10/31/2011 | JSF | Review and analyze S. Van Dyke's withdrawal of counsel and email to trustee re same | 0.30 | 112.50 |
| | SUBTOTAL: | | [ 2.80 | 1,050.00] |
| **FWTRL-Fee/Employment Applications/Objections** | | | | |
| 10/11/2011 | WSM | Draft second interim fee application and supporting documents | 3.20 | 384.00 |
| | JSF | Email to W. Mills re need to prepare interim fee application | 0.20 | 75.00 |
| | SUBTOTAL: | | [ 3.40 | 459.00] |

15615 Alton Parkway, Suite 250   Irvine, California 92618   T 949.759.3810   F 949.759.3812   www.fwtrl.com

Leslie T. Gladstone
11/3/2011
Page  2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| <u>Litigation</u> | | | | |
| 10/6/2011 JMT | Discuss conversion motion and fee application with J. Finlayson and review notice re same | | 0.40 | 140.00 |
| | SUBTOTAL: | [ | 0.40 | 140.00] |
| <u>Other Professionals - Fee/Employment</u> | | | | |
| 10/5/2011 JSF | Teleconference with court re hearing on second interim fee application and emails to other professionals re same | | 0.40 | 150.00 |
| 10/6/2011 JSF | Analysis and respond to L. Gladstone's email re fee applications | | 0.30 | 112.50 |
| | SUBTOTAL: | [ | 0.70 | 262.50] |
| | For professional services rendered | | 7.30 | $1,911.50 |

Additional Charges :

<u>Disbursements</u>

| | | |
|---|---|---|
| 10/6/2011 | Postage | 0.64 |
| | Postage | 47.52 |
| 10/10/2011 | PACER charges for the period 7/1/11-9/30/11 | 70.24 |
| 10/24/2011 | Postage | 0.64 |
| 10/31/2011 | Copy charges for the period 10/1/11-10/31/11 | 180.40 |
| | SUBTOTAL: | [   299.44] |
| | Total additional charges | $299.44 |

Leslie T. Gladstone
11/3/2011
Page 3

|  | Amount |
|---|---:|
| Total amount of this bill | $2,210.94 |
| Previous balance | $66,900.52 |
| Balance due | $69,111.46 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jared M. Toffer, Partner | 0.40 | 350.00 | $140.00 |
| Jesse S. Finlayson, Partner | 3.70 | 375.00 | $1,387.50 |
| Wendy Mills, Legal Assistant | 3.20 | 120.00 | $384.00 |