# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BRIARWOOD CAPITAL, LLC | | |
| **Case Number:** | 10-02677-PB11 | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 09, 2011 03:00 PM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | TINA SCHMITT | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### Matter:

CHAPTER 11 TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

### Appearances:

GARY B. RUDOLPH, SPECIAL COUNSEL LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE
LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE

### Disposition:

Granted. Attorney Rudolph to prepare formal order.